# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00100-CV

**Jaff Ventures, LLC; and Douglas Jaffe, III, Appellants**

**v.**

**City of West Lake Hills, Texas, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-002088, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants have filed an unopposed motion to abate this appeal while the parties continue settlement negotiations and attempt to resolve the dispute that is the subject of this appeal. We grant the motion and abate the appeal. The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to dismiss on or before June 17, 2024. This appeal will remain abated until further order of this Court.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed: April 26, 2024